IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Binder, Phillip D | Case Number:  07 B 06330 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/29/08 | Filed:  4/9/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 18, 2008
Confirmed: June 12, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,580.00 | |
| Secured: | | 1,209.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 285.69 |
| Trustee Fee: | | 85.31 |
| Other Funds: | | 0.00 |
| Totals: | 1,580.00 | 1,580.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,200.00 | 285.69 |
| 2. | JP Morgan Chase Bank | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 9,306.83 | 1,209.00 |
| 4. | JP Morgan Chase Bank | Secured | 10,747.24 | 0.00 |
| | | | _____ | _____ |
| | | | $ 22,254.07 | $ 1,494.69 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 85.31 |
| | _____ |
| | $ 85.31 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:


_____